### Ex parte Robert Stewart ALLDAY.

#### No. 28004.

Court of Criminal Appeals of Texas.

Dec. 14, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the Criminal District Court No. 2 of Dallas County remanding appellant to the custody of the Sheriff of Dallas County to be delivered to an agent of the demanding state.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.